UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Estela Rebollar VARELA,<br><br>　　　　　　Defendant. | Case No.: 19MJ5458<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 8, 2019, within the Southern District of California, Estela Rebollar VARELA, did knowingly and intentionally import 500 grams and more, to wit: approximately 21.90 kilograms (48.28 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　Special Agent Joseph _____
　　　　　　　　　　　　　　　　　Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF DECEMBER 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. KAREN S. CRAWFORD
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

FILED DEC 09 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# **PROBABLE CAUSE STATEMENT**

On December 8, 2019, at approximately 12:00 AM, Estela Rebollar VARELA, ("VARELA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #25. VARELA was the driver, sole occupant, and registered owner of a 2005 Jeep Liberty ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear quarter panel of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from VARELA. VARELA stated she was on her way to Lemon Grove.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels of the vehicle.

Further inspection of the vehicle resulted in the discovery of 40 packages concealed in the rear quarter panels of the vehicle, with a total approximate weight of 21.90 kgs (48.28 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

VALERA was placed under arrest at approximately 11:25PM.

1

VALERA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.